IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01174-PAB

STEVEN MARK ST. JAMES,

    Applicant,

v.

ARISTEDES W. ZAVARAS and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

It is hereby ORDERED that the Clerk of the Court for the District Court of Arapahoe County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Steven Mark St. James*, Arapahoe County District Court, **Case No. 1997CR003425**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before August 23, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Arapahoe County District Court, by facsimile to (303)

649-6239 and by regular mail to Clerk of the Court, Arapahoe County Justice Center,

7325 S. Potomac Street, Centennial, CO 80112.

DATED July 23, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge