FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-01174-PAB

STEVEN MARK ST. JAMES,

    Applicant,

v.

ARISTEDES W. ZAVARAS and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED October 15, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01174 PAB

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

Steven Mark St. James
# 66258
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  10/15/2012  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
      Deputy Clerk